# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,          Criminal No. 10-CR-20419

v.                                    Honorable George C. Steeh

D-1 MICHAEL JEWELL,

                Defendant.
_____/

## SUPPLEMENTAL ORDER REGARDING
## STIPULATED PRELIMINARY ORDER OF FORFEITURE

      Pursuant to Federal Rules of Criminal Procedure 32.2 and 36, and by application of the United States, the Court hereby enters the following Supplemental Order Regarding the Stipulated Preliminary Order of Forfeiture entered on April 18, 2011 (Dkt. # 19):

      WHEREAS, an Indictment was filed on July 10, 2010, which charged Defendant Michael Jewell with five counts, including with violating 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. 922(g) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) as specified in Count Two of the Indictment and 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) as specified in Count Five of the Indictment;

      WHEREAS, the Indictment contained a Forfeiture Allegation seeking forfeiture, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461, of firearms and ammunition involved in or used in the knowing commission of the offenses;

      WHEREAS, by Rule 11 agreement filed January 10, 2011, Defendant Michael Jewell

entered into a Rule 11 Plea Agreement, pleaded guilty to Counts Two and Five of the Indictment, and agreed pursuant to 18 U.S.C. § 924(d) to the forfeiture of the following firearms as property involved in violations of 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 922(g):

>**One Smith & Wesson .38 caliber revolver, model 10-5, serial number D132219, and**
>
>**One Winchester 30-30 rifle, model number 94, serial number 3452121**

("subject property");

WHEREAS, on April 18, 2011, a Stipulated Preliminary Order of Forfeiture (Dkt. # 19) was entered by the Court;

WHEREAS, on April 18, 2011, as required by Federal Rules of Criminal Procedure 32.2 and 43(a), the stipulated forfeiture of the fully described subject property, including the recitation of appropriate serial numbers for each firearm, was pronounced at sentencing and were also included, with correctly described serial numbers, in the Court's judgment filed on April 19, 2011;

WHEREAS, the instant Supplemental Order Regarding Preliminary Order of Forfeiture is required to correct errors relating to the description the subject property in the Stipulated Preliminary Order of Forfeiture;

NOW THEREFORE, based upon the Indictment, application of the Defendant Michael Jewell's acknowledgment of forfeiture, and the information in the record;

IT IS HEREBY ORDERED that the Stipulate Preliminary Order of Forfeiture is supplemented to more accurately and correctly describe the property being forfeited as:

>**One Smith & Wesson .38 caliber revolver, model 10-5, serial number D132219, and**

**One Winchester 30-30 rifle, model number 94, serial number 3452121**

IT IS SO ORDERED.


Dated: May 9, 2011                          S/George Caram Steeh
                                            HONORABLE GEORGE CARAM STEEH
                                            United States District Judge