UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                     Case No. 10-CR-20419

vs.

                                     HON. GEORGE CARAM STEEH

D-1   MICHAEL JEWELL,

       Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. 3582(c)(2) [DOC. 23]**

The Court has considered defendant's Motion and a Memorandum from the Probation Department finding defendant ineligible for a sentence reduction and for the reasons stated in that Memorandum,

The court hereby denies the motion.

It is so ordered.

Dated: August 12, 2015

                                       S/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Michael Jewell #44633-039, Box 1000, Duluth, MN 55814 and attorneys of record on
August 12, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk